Certificate Number: 15557-PAE-CC-040780096



15557-PAE-CC-040780096

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 25, 2026, at 10:12 o'clock PM EDT, Faranak Khamseh-Tork received from Urgent Credit Counseling, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   March 25, 2026                        By:     /s/Sharon Odhiambo

                                              Name:   Sharon Odhiambo

                                              Title:  Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).