**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Faranak Khamseh-Tork,

*Debtor.*

Case No. 26-11756-DJB
Chapter 13

**CERTIFICATION OF SERVICE**

I, Michael A. Cibik, certify that on May 8, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed below, by the means indicated:

- Notice of Chapter 13 Bankruptcy Case

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: May 8, 2026

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - First Class Mail**

Curalta Foot + Ankle
Attn: Bankruptcy
365 W Passaic St Ste 530
Rochelle Park, NJ 07662-3012

Landsdale Family Dentistry, P.C.
Attn: Bankruptcy
2031 N Broad St Ste 143
Lansdale, PA 19446-1063

North Penn Water Authority
Attn: Bankruptcy
300 Forty Foot Rd
Lansdale, PA 19446-4017

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Temple Health
Attn: Bankruptcy
3401 N Broad St
Philadelphia, PA 19140

U.S. Digestive Health
Attn: Bankruptcy
707 Eagleview Blvd Ste 100
Exton, PA 19341-1159