MEDALLION HEALTH CARE LLC
1614 W Porter St
Philadelphia PA  19145

1309-5378
ORG1:100 Staff
EE ID:

FARANAK KHAMSEH-TORK
2077 KRIEBEL ROAD
LANSDALE PA  19446

TD BANK, NA
PAYABLE IF DESIRED AT:
ALL TD BANK, NA BANKS

| PERSONAL AND CHECK INFORMATION | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| **FARANAK KHAMSEH-TORK** | | | | Hourly | 80.0000 | 15.3300 | 1226.40 | 400.0000 | 6052.00 |
| 2077 Kriebel Road | | | | Overtime | 14.5000 | 22.9950 | 333.43 | 77.0000 | 1747.18 |
| LANSDALE, PA  19446 | | | | Holiday | | | | | 200.00 |
| **Employee ID:** 570 | | | | **Total Hours** | 94.5000 | | | 477.0000 | |
| | | | | **Total Hrs Worked** | 94.5000 | | | 477.0000 | |
| **Home Department:** 100 Staff | | | | **Gross Earnings** | | | 1559.83 | | 7999.18 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 96.71 | 495.95 |
| | Medicare | | 22.62 | 115.99 |
| | Fed Income Tax | SMS | 103.33 | 540.67 |
| | PA Income Tax | | 47.89 | 245.58 |
| | PA Unemploy | | 1.09 | 5.59 |
| | PA PHILA-Phi Inc | | 58.34 | 299.18 |
| | **TOTAL** | | 329.98 | 1702.96 |

**Pay Period:** 02/09/26 to 02/22/26
**Check Date:** 02/27/26    **Check #:** 58038

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 122 | 1229.85 | 6296.22 |
| **NET PAY** | **1229.85** | **6296.22** |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1229.85 | 6296.22 |

Payrolls by Paychex, Inc.
0940 1309-5378 MEDALLION HEALTH CARE LLC • 1614 W Porter St • Philadelphia PA  19145 • (267) 688-3100

MEDALLION HEALTH CARE LLC
1614 W Porter St
Philadelphia PA 19145

1309-5378
ORG1:100 Staff
EE ID:

FARANAK KHAMSEH-TORK
2077 KRIEBEL ROAD
LANSDALE PA 19446

TD BANK, NA
PAYABLE IF DESIRED AT:
ALL TD BANK, NA BANKS

## PERSONAL AND CHECK INFORMATION

FARANAK KHAMSEH-TORK
2077 Kriebel Road
LANSDALE, PA 19446
**Employee ID: 570**

**Home Department: 100 Staff**

**Pay Period:** 02/23/26 to 03/08/26
**Check Date:** 03/13/26   **Check #:** 58110

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 122 | 1194.72 | 7490.94 |
| NET PAY | 1194.72 | 7490.94 |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | 80.0000 | 14.8600 | 1188.80 | 480.0000 | 7240.80 |
| | | Overtime | 14.5000 | 22.2900 | 323.21 | 91.5000 | 2070.39 |
| | | Holiday | | | | | 200.00 |
| | | **Total Hours** | 94.5000 | | | 571.5000 | |
| | | **Total Hrs Worked** | 94.5000 | | | 571.5000 | |
| | | **Gross Earnings** | | | 1512.01 | | 9511.19 |

| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|---|
| | | Social Security | | 93.74 | 589.69 |
| | | Medicare | | 21.92 | 137.91 |
| | | Fed Income Tax | SMS | 97.60 | 638.27 |
| | | PA Income Tax | | 46.42 | 292.00 |
| | | PA Unemploy | | 1.06 | 6.65 |
| | | PA PHILA-Phi Inc | | 56.55 | 355.73 |
| | | **TOTAL** | | 317.29 | 2020.25 |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1194.72 | 7490.94 |

MEDALLION HEALTH CARE LLC
1614 W Porter St
Philadelphia PA  19145

1309-5378
ORG1:100 Staff
EE ID:

FARANAK KHAMSEH-TORK
2077 KRIEBEL ROAD
LANSDALE PA  19446

TD BANK, NA
PAYABLE IF DESIRED AT:
ALL TD BANK, NA BANKS

---

**PERSONAL AND CHECK INFORMATION**
FARANAK KHAMSEH-TORK
2077 Kriebel Road
LANSDALE, PA  19446
**Employee ID:** 570

**Home Department:** 100 Staff

**Pay Period:** 03/09/26 to 03/22/26
**Check Date:** 03/27/26    **Check #:** 58182

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 122 | 1269.32 | 8760.26 |
| **NET PAY** | **1269.32** | **8760.26** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 80.0000 | 15.0800 | 1206.40 | 560.0000 | 8447.20 |
| | Overtime | 18.0000 | 22.6200 | 407.16 | 109.5000 | 2477.55 |
| | Holiday | | | — | | 200.00 |
| | **Total Hours** | 98.0000 | | — | 669.5000 | |
| | **Total Hrs Worked** | 98.0000 | | | 669.5000 | |
| | **Gross Earnings** | | | 1613.56 | | 11124.75 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 100.04 | 689.73 |
| Medicare | | 23.40 | 161.31 |
| Fed Income Tax | SMS | 109.78 | 748.05 |
| PA Income Tax | | 49.54 | 341.54 |
| PA Unemploy | | 1.13 | 7.78 |
| PA PHILA-Phi Inc | | 60.35 | 416.08 |
| **TOTAL** | | 344.24 | 2364.49 |

| **NET PAY** | | THIS PERIOD ($) 1269.32 | YTD ($) 8760.26 |
|---|---|---|---|

MEDALLION HEALTH CARE LLC
1614 W Porter St
Philadelphia PA 19145

1309-5378
ORG1:100 Staff
EE ID: ███████

Payrolls by Paychex, Inc

Payrolls by Paychex, Inc

FARANAK KHAMSEH-TORK
2077 KRIEBEL ROAD
LANSDALE PA 19446

TD BANK, NA
PAYABLE IF DESIRED AT:
ALL TD BANK, NA BANKS

## PERSONAL AND CHECK INFORMATION
FARANAK KHAMSEH-TORK
2077 Kriebel Road
LANSDALE, PA 19446
**Employee ID:** 570

**Home Department:** 100 Staff

**Pay Period:** 03/23/26 to 04/05/26
**Check Date:** 04/10/26    **Check #:** 58253

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 122 | 1227.77 | 9988.03 |
| **NET PAY** | **1227.77** | **9988.03** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | 80.0000 | 15.0800 | 1206.40 | 640.0000 | 9653.60 |
| | | Overtime | 15.5000 | 22.6200 | 350.61 | 125.0000 | 2828.16 |
| | | Holiday | | | | | 200.00 |
| | | **Total Hours** | 95.5000 | | | 765.0000 | |
| | | **Total Hrs Worked** | 95.5000 | | | 765.0000 | |
| | | **Gross Earnings** | | | 1557.01 | | 12681.76 |

| WITHHOLDINGs | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 96.54 | 786.27 |
| | Medicare | | 22.58 | 183.89 |
| | Fed Income Tax | SMS | 103.00 | 851.05 |
| | PA Income Tax | | 47.80 | 389.34 |
| | PA Unemploy | | 1.09 | 8.87 |
| | PA PHILA-Phi Inc | | 58.23 | 474.31 |
| | **TOTAL** | | 329.24 | 2693.73 |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1227.77 | 9988.03 |

MEDALLION HEALTH CARE LLC
1614 W Porter St
Philadelphia PA 19145

1309-5378
ORG1:100 Staff
EE ID:

*Payrolls by Paychex Inc.*

FARANAK KHAMSEH-TORK
2077 KRIEBEL ROAD
LANSDALE PA  19446

TD BANK, NA
PAYABLE IF DESIRED AT:
ALL TD BANK, NA BANKS

## PERSONAL AND CHECK INFORMATION

FARANAK KHAMSEH-TORK
2077 Kriebel Road
LANSDALE, PA  19446
**Employee ID:** 570

**Home Department:** 100 Staff

**Pay Period:** 04/06/26 to 04/19/26
**Check Date:** 04/24/26    **Check #:** 58325

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 122 | 1194.72 | 11182.75 |
| **NET PAY** | **1194.72** | **11182.75** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | 80.0000 | 14.8600 | 1188.80 | 720.0000 | 10842.40 |
| | | Overtime | 14.5000 | 22.2900 | 323.21 | 139.5000 | 3151.37 |
| | | Holiday | —— | | —— | | 200.00 |
| | | **Total Hours** | 94.5000 | | | 859.5000 | |
| | | **Total Hrs Worked** | 94.5000 | | | 859.5000 | |
| | | **Gross Earnings** | | | 1512.01 | | 14193.77 |

| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Social Security | | | 93.74 | | 880.01 |
| | | Medicare | | | 21.92 | | 205.81 |
| | | Fed Income Tax | SMS | | 97.60 | | 948.65 |
| | | PA Income Tax | | | 46.42 | | 435.76 |
| | | PA Unemploy | | | 1.06 | | 9.93 |
| | | PA PHILA-Phi Inc | | | 56.55 | | 530.86 |
| | | **TOTAL** | | | 317.29 | | 3011.02 |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1194.72 | 11182.75 |

*Payrolls by Paychex, Inc.*
**0940 1309-5378** MEDALLION HEALTH CARE LLC · 1614 W Porter St · Philadelphia PA  19145 · (267) 688-3100



# Earnings Statement

## B|BRAUN

CENTRAL ADMIXTURE PHARMACY SERVICES INC
824 12TH AVENUE
BETHLEHEM, PA 18018
PR CONTACT #800 523-9676

| | |
|---|---|
| Period Beginning: | 02/08/2026 |
| Period Ending: | 02/21/2026 |
| Pay Date: | 02/27/2026 |

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Standard Withholding Table

**FARANAK F KHAMSEH-TORK**
**2077 KRIEBEL ROAD**
**LANSDALE PA 19446**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.4350 | 79.87 | 1,871.75 | 8,437.30 |
| Overtime | | | | 18.98 |
| Double Time | | | | 1,427.66 |
| Holiday Pay | | | | 1,124.88 |
| Hrly/Ne Bonus | | | | 393.51 |
| Sick | | | | 234.35 |
| **Gross Pay** | | | **$1,871.75** | 11,636.68 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -39.63 | 475.84 |
| | Social Security Tax | -109.48 | 695.19 |
| | Medicare Tax | -25.60 | 162.58 |
| | PA State Income Tax | -54.21 | 344.23 |
| | Horsham Twp Income Tax | -17.66 | 112.13 |
| | Horsham Twp Local Svc Tax | -2.00 | 10.00 |
| | PA SUI Tax | -1.31 | 8.15 |
| | **Other** | | |
| | Dental Pre tax | -13.00* | 52.00 |
| | Medical Pre Tax | -87.00* | 348.00 |
| | Vision Pre Tax | -6.00* | 24.00 |
| | 401K Saving Pln | -131.02* | 787.02 |
| | 401K Mbo Bonus | | 27.55 |
| | **Net Pay** | **$1,384.84** | |
| | CHECKING 1 | -1,084.84 | |
| | CHECKING 2 | -300.00 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

   Your federal taxable wages this period are
$1,634.73

| Other Benefits and Information | this period | total to date |
|---|---|---|
| HSA ER MATCH | 38.46 | 153.84 |
| 401K Match | 102.95 | 640.01 |
| Totl Hrs Worked | 79.87 | |
| Sick | | 38.00 |
| Vac | | 120.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 800-523-9676

© 2000 ADP, Inc.

---

## B|BRAUN

CENTRAL ADMIXTURE PHARMACY SERVICES INC
824 12TH AVENUE
BETHLEHEM, PA 18018
PR CONTACT #800 523-9676

| | |
|---|---|
| Advice number: | 00000090366 |
| Pay date: | 02/27/2026 |

Deposited to the account of
**FARANAK F KHAMSEH-TORK**

| account number | transit ABA | amount |
|---|---|---|
| | | $1,084.84 |
| | | $300.00 |



**NON-NEGOTIABLE**

# Earnings Statement



**B|BRAUN**

| | |
|---|---|
| CENTRAL ADMIXTURE PHARMACY SERVICES INC | Period Beginning: 02/22/2026 |
| 824 12TH AVENUE | Period Ending: 03/07/2026 |
| BETHLEHEM, PA 18018 | Pay Date: 03/13/2026 |
| PR CONTACT #800 523-9676 | |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**FARANAK  F KHAMSEH-TORK**
**2077  KRIEBEL ROAD**
**LANSDALE PA  19446**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.2552 | 80.00 | 1,940.42 | 10,377.72 |
| Overtime | 36.3828 | .18 | 6.55 | 25.53 |
| Double Time | | | | 1,427.66 |
| Holiday Pay | | | | 1,124.88 |
| Hrly/Ne Bonus | | | | 393.51 |
| Sick | | | | 234.35 |
| **Gross Pay** | | | **$1,946.97** | 13,583.65 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,704.68

| Other Benefits and Information | this period | total to date |
|---|---|---|
| HSA ER MATCH | 38.46 | 192.30 |
| 401K Match | 107.08 | 747.09 |
| Totl Hrs Worked | 80.18 | |
| Sick | | 38.00 |
| Vac | | 120.00 |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -46.62 | 522.46 |
| Social Security Tax | -114.14 | 809.33 |
| Medicare Tax | -26.70 | 189.28 |
| PA State Income Tax | -56.52 | 400.75 |
| Horsham Twp Income Tax | -18.41 | 130.54 |
| Horsham Twp Local Svc Tax | -2.00 | 12.00 |
| PA SUI Tax | -1.36 | 9.51 |

| Other | | |
|---|---|---|
| Dental Pre tax | -13.00* | 65.00 |
| Medical Pre Tax | -87.00* | 435.00 |
| Vision Pre Tax | -6.00* | 30.00 |
| 401K Saving Pln | -136.29* | 923.31 |
| 401K Mbo Bonus | | 27.55 |
| **Net Pay** | **$1,438.93** | |
| CHECKING 1 | -1,138.93 | |
| CHECKING 2 | -300.00 | |
| **Net Check** | **$0.00** | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 800-523-9676

YOUR HOURLY RATE HAS BEEN CHANGED FROM 23.4350 TO 24.2552.

© 2000 ADP, Inc.

---

**B|BRAUN**

| | | |
|---|---|---|
| CENTRAL ADMIXTURE PHARMACY SERVICES INC | Advice number: | 00000110395 |
| 824 12TH AVENUE | Pay date: | 03/13/2026 |
| BETHLEHEM, PA 18018 | | |
| PR CONTACT #800 523-9676 | | |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| FARANAK  F KHAMSEH-TORK | | | $1,138.93 |
| | | | $300.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings  Statement



**B|BRAUN**

CENTRAL  ADMIXTURE  PHARMACY  SERVICES  INC
824  12TH  AVENUE
BETHLEHEM,  PA  18018
PR  CONTACT  #800  523-9676

| | | |
|---|---|---|
| Period Beginning: | 03/11/2026 |
| Period Ending: | 03/17/2026 |
| Pay Date: | 03/20/2026 |

Filing Status: Married  filing jointly
Exemptions/Allowances:
   Federal:  Standard  Withholding  Table

**FARANAK  F  KHAMSEH-TORK**
**2077  KRIEBEL  ROAD**
**LANSDALE  PA  19446**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Hrly/Ne Bonus | | | 976.02 | 1,369.53 |
| Regular | | | | 10,377.72 |
| Overtime | | | | 25.53 |
| Double Time | | | | 1,427.66 |
| Holiday Pay | | | | 1,124.88 |
| Sick | | | | 234.35 |
| **Gross Pay** | | | **$976.02** | 14,559.67 |

$976.02 Hrly/Ne Bonus for 01/01/25 - 12/31/25

\* **Excluded  from  federal  taxable  wages**
  Your  federal  taxable  wages  this  period  are  $907.70

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -199.69 | 722.15 |
| | Social Security Tax | -60.51 | 869.84 |
| | Medicare Tax | -14.15 | 203.43 |
| | PA State Income Tax | -29.96 | 430.71 |
| | Horsham Twp Income Tax | -9.76 | 140.30 |
| | PA SUI Tax | -0.68 | 10.19 |
| | Horsham Twp Local Svc Tax | | 12.00 |
| | **Other** | | |
| | 401K Mbo Bonus | -68.32* | 95.87 |
| | Dental Pre tax | | 65.00 |
| | Medical Pre Tax | | 435.00 |
| | Vision Pre Tax | | 30.00 |
| | 401K Saving Pln | | 923.31 |
| | **Net Pay** | **$592.95** | |
| | CHECKING 1 | -292.95 | |
| | CHECKING 2 | -300.00 | |
| | **Net Check** | **$0.00** | |

| Other Benefits  and Information | this period | total to date |
|---|---|---|
| 401K Match | 53.68 | 800.77 |
| HSA ER MATCH | | 192.30 |
| Sick | | 38.00 |
| Vac | | 120.00 |

**Important  Notes**

YOUR  COMPANY  PHONE  NUMBER  IS 800-523-9676

© 2000 ADP, Inc.

---

**B|BRAUN**

CENTRAL  ADMIXTURE  PHARMACY  SERVICES  INC
824  12TH  AVENUE
BETHLEHEM,  PA  18018
PR  CONTACT  #800  523-9676

| | |
|---|---|
| Advice number: | 00000120303 |
| Pay date: | 03/20/2026 |

Deposited  to  the  account  of
**FARANAK  F  KHAMSEH-TORK**

| account number | transit ABA | amount |
|---|---|---|
| | | $292.95 |
| | | $300.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement



**B|BRAUN**

CENTRAL ADMIXTURE PHARMACY SERVICES INC
824 12TH AVENUE
BETHLEHEM,  PA 18018
PR CONTACT  #800 523-9676

| Period Beginning: | 03/08/2026 |
|---|---|
| Period Ending: | 03/21/2026 |
| Pay Date: | 03/27/2026 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**FARANAK  F KHAMSEH-TORK**
**2077  KRIEBEL ROAD**
**LANSDALE  PA  19446**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.2552 | 59.78 | 1,449.98 | 11,827.70 |
| Overtime | 36.3828 | 10.13 | 368.56 | 394.09 |
| Vacation | 24.2552 | 20.00 | 485.10 | 485.10 |
| Double Time | | | | 1,427.66 |
| Holiday Pay | | | | 1,124.88 |
| Hrly/Ne Bonus | | | | 1,369.53 |
| Sick | | | | 234.35 |
| **Gross Pay** | | | **$2,303.64** | 16,863.31 |

| Net Check | $0.00 |
|---|---|

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,036.39

| Other Benefits and Information | this period | total to date |
|---|---|---|
| HSA ER MATCH | 38.46 | 230.76 |
| 401K Match | 126.70 | 927.47 |
| Totl Hrs Worked | 69.91 | |
| Sick | | 38.00 |
| Vac | | 100.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 800-523-9676

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -79.79 | 801.94 |
| | Social Security Tax | -136.25 | 1,006.09 |
| | Medicare Tax | -31.87 | 235.30 |
| | PA State Income Tax | -67.47 | 498.18 |
| | Horsham Twp Income Tax | -21.98 | 162.28 |
| | Horsham Twp Local Svc Tax | -2.00 | 14.00 |
| | PA SUI Tax | -1.61 | 11.80 |
| | **Other** | | |
| | Dental Pre tax | -13.00* | 78.00 |
| | Medical Pre Tax | -87.00* | 522.00 |
| | Vision Pre Tax | -6.00* | 36.00 |
| | 401K Saving Pln | -161.25* | 1,084.56 |
| | 401K Mbo Bonus | | 95.87 |
| | **Net Pay** | **$1,695.42** | |
| | CHECKING 1 | -1,395.42 | |
| | CHECKING 2 | -300.00 | |

© 2000 ADP, Inc.

---

**B|BRAUN**

CENTRAL ADMIXTURE PHARMACY SERVICES INC
824 12TH AVENUE
BETHLEHEM, PA 18018
PR CONTACT #800 523-9676

| Advice number: | 00000130367 |
|---|---|
| Pay date: | 03/27/2026 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| FARANAK  F KHAMSEH-TORK | | | $1,395.42 |
| | | | $300.00 |

**NON-NEGOTIABLE**

# Earnings Statement

**B|BRAUN**

ADP®

CENTRAL  ADMIXTURE  PHARMACY  SERVICES  INC
824 12TH  AVENUE
BETHLEHEM,  PA  18018
PR CONTACT  #800  523-9676

Period Beginning:      03/22/2026
Period Ending:         04/04/2026
Pay Date:              04/10/2026

Filing Status: Married  filing jointly
Exemptions/Allowances:
    Federal:  Standard  Withholding  Table

FARANAK  F  KHAMSEH-TORK
2077  KRIEBEL  ROAD
LANSDALE  PA  19446

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.2552 | 70.03 | 1,698.59 | 13,526.29 |
| Overtime | 36.3828 | .05 | 1.82 | 395.91 |
| Double Time | 48.5100 | 10.00 | 485.10 | 1,912.76 |
| Holiday Pay | 24.2552 | 8.00 | 194.04 | 1,318.92 |
| Hrly/Ne Bonus | | | | 1,369.53 |
| Sick | | | | 234.35 |
| Vacation | | | | 485.10 |
| **Gross Pay** | | | **$2,379.55** | 19,242.86 |

**Net Check**                    **$0.00**

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,083.19

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -84.47 | 886.41 |
| | Social Security Tax | -140.96 | 1,147.05 |
| | Medicare Tax | -32.96 | 268.26 |
| | PA State Income Tax | -69.80 | 567.98 |
| | Horsham Twp Income Tax | -22.74 | 185.02 |
| | Horsham Twp Local Svc Tax | -2.00 | 16.00 |
| | PA SUI Tax | -1.67 | 13.47 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| HSA ER MATCH | 38.46 | 269.22 |
| 401K Match | 130.88 | 1,058.35 |
| Totl Hrs Worked | 80.08 | |
| Sick | | 38.00 |
| Vac | | 100.00 |

**Important  Notes**
YOUR  COMPANY  PHONE  NUMBER  IS 800-523-9676

| | Other | | |
|---|---|---|---|
| | Dental Pre tax | -13.00* | 91.00 |
| | Medical Pre Tax | -87.00* | 609.00 |
| | Vision Pre Tax | -6.00* | 42.00 |
| | 401K Saving Pln | -190.36* | 1,274.92 |
| | 401K Mbo Bonus | | 95.87 |
| | **Net Pay** | **$1,728.59** | |
| | CHECKING 1 | -1,428.59 | |
| | CHECKING 2 | -300.00 | |

© 2000 ADP, Inc.

**B|BRAUN**

CENTRAL  ADMIXTURE  PHARMACY  SERVICES  INC
824 12TH  AVENUE
BETHLEHEM,  PA  18018
PR CONTACT  #800  523-9676

Advice number:         00000150372
Pay date:              04/10/2026

| Deposited  to the account  of | account  number | transit ABA | amount |
|---|---|---|---|
| FARANAK  F KHAMSEH-TORK | | | $1,428.59 |
| | | | $300.00 |


THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement



**B|BRAUN**

| | | |
|---|---|---|
| *CENTRAL ADMIXTURE PHARMACY SERVICES INC* | Period Beginning: | 04/05/2026 |
| *824 12TH AVENUE* | Period Ending: | 04/18/2026 |
| *BETHLEHEM, PA 18018* | Pay Date: | 04/24/2026 |
| *PR CONTACT #800 523-9676* | | |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**FARANAK F KHAMSEH-TORK
2077 KRIEBEL ROAD
LANSDALE PA 19446**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.2552 | 59.87 | 1,452.16 | 14,978.45 |
| Vacation | 24.2552 | 20.00 | 485.10 | 970.20 |
| Overtime | | | | 395.91 |
| Double Time | | | | 1,912.76 |
| Holiday Pay | | | | 1,318.92 |
| Hrly/Ne Bonus | | | | 1,369.53 |
| Sick | | | | 234.35 |
| **Gross Pay** | | | **$1,937.26** | 21,180.12 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -43.78 | 930.19 |
| | Social Security Tax | -113.54 | 1,260.59 |
| | Medicare Tax | -26.56 | 294.82 |
| | PA State Income Tax | -56.22 | 624.20 |
| | Horsham Twp Income Tax | -18.31 | 203.33 |
| | Horsham Twp Local Svc Tax | -2.00 | 18.00 |
| | PA SUI Tax | -1.36 | 14.83 |
| | **Other** | | |
| | Dental Pre tax | -13.00* | 104.00 |
| | Medical Pre Tax | -87.00* | 696.00 |
| | Vision Pre Tax | -6.00* | 48.00 |
| | 401K Saving Pln | -154.98* | 1,429.90 |
| | 401K Mbo Bonus | | 95.87 |
| | **Net Pay** | **$1,414.51** | |
| | CHECKING 1 | -1,114.51 | |
| | CHECKING 2 | -300.00 | |

| Net Check | $0.00 |
|---|---|

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,676.28

| Other Benefits and Information | this period | total to date |
|---|---|---|
| HSA ER MATCH | 38.46 | 307.68 |
| 401K Match | 106.55 | 1,164.90 |
| Totl Hrs Worked | 59.87 | |
| Sick | | 38.00 |
| Vac | | 80.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 800-523-9676

© 2000 ADP, Inc.

---

**B|BRAUN** CENTRAL ADMIXTURE PHARMACY SERVICES INC
824 12TH AVENUE
BETHLEHEM, PA 18018
PR CONTACT #800 523-9676

| Advice number: | 00000170367 |
|---|---|
| Pay date: | 04/24/2026 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| FARANAK F KHAMSEH-TORK | | | $1,114.51 |
| | | | $300.00 |



**NON-NEGOTIABLE**