# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Faranak Khamseh-Tork,

                Debtor.

Case No. 26-11756-DJB

Chapter 13

### Certificate of Service

I, Michael A. Cibik, certify that on July 30, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: July 30, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Rocket Mortgage, LLC**
Attn: Bankruptcy Dept
PO Box 619096
Dallas, TX 752619741

## Method of Service: First Class Mail

**Attn: Ally Bank Department**

AIS Portfolio Services, LLC

Account:  XXXXXXXX9532

4515 N Santa Fe Ave. Dept. APS

Oklahoma City, OK 73118

**American Honda Finance Corporation**

National Bankruptcy Center

P.O. Box 168088

Irving, TX 75016-8088

**Internal Revenue Service**

Centralized Insolvency Operation

P.O. Box 7346

Philadelphia, PA 19101-7346

## Method of Service: Certified Mail

**Ally Bank**
Ally Detroit Center
Attn: Michael G. Rhodes, CEO
500 Woodward Ave., Floor 10
Detroit, MI 48226