United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11756-djb
Faranak Khamseh-Tork Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Oct 29, 2026 Form ID: 155 Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Faranak Khamseh-Tork, 2077 Kriebel Rd, Lansdale, PA 19446-5044 |
| 15141028 | | Curalta Foot + Ankle, Attn: Bankruptcy, 365 W Passaic St Ste 530, Rochelle Park, NJ 07662-3012 |
| 15133807 | ++ | DEPARTMENT OF LABOR & INDUSTRY, ATTN OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG PA 17121-0751 address filed with court:, PA Department of Labor & Industry, Attn: Office of Chief Counsel, 651 Boas St Fl 10, Harrisburg, PA 17121-0751 |
| 15141029 | | Landsdale Family Dentistry, P.C., Attn: Bankruptcy, 2031 N Broad St Ste 143, Lansdale, PA 19446-1063 |
| 15141030 | | North Penn Water Authority, Attn: Bankruptcy, 300 Forty Foot Rd, Lansdale, PA 19446-4017 |
| 15141031 | + | Temple Health, Attn: Bankruptcy, 3401 N Broad St, Philadelphia, PA 19140-5103 |
| 15141032 | | U.S. Digestive Health, Attn: Bankruptcy, 707 Eagleview Blvd Ste 100, Exton, PA 19341-1159 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15133796 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 30 2026 01:46:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 15140400 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 30 2026 01:46:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15134107 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2026 01:43:33 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15134732 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2026 01:43:21 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15133795 | | Email/Text: ally@ebn.phinsolutions.com | Oct 30 2026 01:45:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 15147225 | | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 01:43:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15133797 | + | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 01:43:32 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15133798 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 30 2026 01:45:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15157695 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 30 2026 01:45:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15137149 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 30 2026 01:45:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15133799 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2026 01:43:31 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

| | | | | |
|---|---|---|---|---|
| 15133800 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2026 01:43:35 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15133801 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2026 01:43:35 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15133802 | ^ | MEBN | Oct 30 2026 01:22:50 | Citizensbk, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 15133803 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 30 2026 01:46:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 15133804 | ^ | MEBN | Oct 30 2026 01:23:05 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15133805 | + | Email/Text: mrdiscen@discover.com | Oct 30 2026 01:45:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15133806 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 30 2026 01:45:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15155786 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 30 2026 01:46:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15146988 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 30 2026 01:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15159125 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2026 01:43:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15141162 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 30 2026 01:46:00 | PECO Energy Company, Attn: Bankruptcy, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15160147 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2026 01:43:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15157747 | | Email/Text: bnc-quantum@quantum3group.com | Oct 30 2026 01:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15139007 | + | Email/Text: bankruptcy.account@revcosolutions.com | Oct 30 2026 01:46:00 | REVCO SOLUTIONS INC., PO BOX 58, FORT MORGAN, CO 80701-0058 |
| 15133808 | ^ | MEBN | Oct 30 2026 01:23:11 | Reach Financial, Attn: Bankruptcy, 180 Maiden Lane, Suite 2801, New York, NY 10038-4968 |
| 15158869 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 30 2026 01:45:00 | Rocket Mortgage, LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 15133809 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 30 2026 01:45:00 | Rocket Mtg, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15142824 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 30 2026 01:45:00 | Shawn Miller, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 15133810 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2026 01:43:30 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 15159269 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 30 2026 01:43:12 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15144570 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 30 2026 01:46:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 15143634 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 30 2026 01:46:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 15133811 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 30 2026 01:46:00 | Us Bk Cacs, Attn: Bankruptcy, PO Box 5229, Cincinatti, OH 45201-5229 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15140947 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Faranak Khamseh-Tork help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Faranak Khamseh−Tork<br><br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | <br>Case No. 26−11756−djb<br><br><br>Chapter: 13 |

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 29, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court